**Howard SAUNDERS, Appellant,**

v.

**Steve BOWEN d/b/a Steve Custom Builders, Respondent.**

**Treasurer of the State of Missouri-custodian of the Second Injury Fund, Respondent.**

No. WD 76899.

Missouri Court of Appeals, Western District.

May 20, 2014.

Steven C. Effertz, Independence, MO, for appellant.

Benita M. Seliga, Kansas City, MO, for respondent Second Injury Fund.

Before Division Two VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Howard Saunders appeals the Labor and Industrial Relations Commission's final judgment that it was without jurisdiction. We affirm. A memorandum explaining our decision has been provided to the parties. Rule 84.16(b).